UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL E. BROWN, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>DIAMOND LINE DELIVERY SYSTEMS INC.,<br><br>                Defendant. | CASE NO. 1:20-CV-00033-CWD<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

This matter having come before the Court on the Stipulation for Dismissal with Prejudice (Dkt. 26) and good cause appearing therefor;

IT IS HEREBY ORDERED that all claims are dismissed and this action is dismissed in its entirety, with prejudice, with the parties to bear their own costs and attorney fees.

DATED: March 15, 2021

Honorable Candy W. Dale
United States Magistrate Judge